**STATE of Missouri, Respondent,**

v.

**Christopher C. HAGEDORN, Appellant.**

### No. WD 74118.

Missouri Court of Appeals, Western District.

Sept. 11, 2012.

John W. Grantham, Jefferson City, MO, for appellant.

Rosemary E. Percival, Kansas City, MO, for respondent.

Before Division One: JAMES M. SMART, JR., Presiding Judge, LISA WHITE HARDWICK, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Christopher Hagedorn was convicted after a bench trial in Platte County Circuit Court of possession of child pornography, Section 573.037. At issue on appeal is whether the State proved the knowledge component of the statute. For reasons explained in a memorandum provided to the parties, we affirm. Rule 30.25(b).

**David C. WALTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

### No. WD 74176.

Missouri Court of Appeals, Western District.

Sept. 11, 2012.

Matthew Ward, Columbia, MO, for Appellant.

Jennifer Wideman, Jefferson City, MO, for Respondent.

Before: JAMES EDWARD WELSH, C.J., THOMAS H. NEWTON, and GARY D. WITT, JJ.

## ORDER

PER CURIAM.

Mr. David C. Walton appeals from the motion court's denial of a Rule 29.15 post-conviction relief motion after an evidentiary hearing.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).